UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB GENT,

                Plaintiff,

    v.

ADLER GIERSCH, P.S., a Washington Professional Service Corporation,

                Defendant.

No. 2:23-cv-01922-JHC

**ORDER GRANTING STIPULATED MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**

THIS MATTER having come for hearing before the undersigned Judge on the Stipulated Motion to Confirm Arbitration Award and Enter Judgment, Dkt. # 16, and the Court having reviewed the motion and all papers filed in support and being fully advised, now therefore,

IT IS HEREBY ORDERED:

1. That the Stay entered at ECF No. 14 is hereby LIFTED.

2. The Stipulated Motion to Confirm Arbitration Award and Enter Judgment is GRANTED.

3. The Final Award issued on September 18, 2025, by JAMS in the matter of *Jacob Gent v. Adler Giersch*, JAMS Case No. 7160000034 is CONFIRMED.

ORDER GRANTING STIPULATED
MOTION TO CONFIRM ARBITRATION AWARD – 1
(No. 2:23-cv-01922-JHC)

4. Plaintiff Jacob Gent is awarded $203,523.19 for his claims.

5. Clerk is hereby directed to enter this Order, enter judgment, and dismiss Plaintiff's claims with prejudice.

6. Within 14 days of this Order, Mr. Gent shall execute and return to counsel for Adler Giersch the Fifth Amendment to the Purchase and Shareholders Agreement attached as Exhibit B to the Declaration of Mark Rutherford.

7. Within 14 days of its receipt of the executed Fifth Amendment to the Purchase and Shareholders Agreement, Adler Giersch shall effectuate a payment to Mr. Gent in the amount of $203,523.19.

DATED this 3rd day of October, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONFIRM ARBITRATION AWARD – 2
(No. 2:23-cv-01922-JHC)